IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY McCLAIN, | : | |
| Petitioner | : | |
| v. | : | CIVIL NO. 1:14-CV-02118 |
| DAVID J. EBBERT | : | (Judge Kane) |
| Respondent | : | |

ORDER

**AND NOW, ON THIS 14th DAY OF MAY, 2015**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is direct to **CLOSE** this case.

BY THE COURT:

s/Yvette Kane
Yvette Kane
United States District Judge